# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. District Court
Wisconsin Eastern
SEP 2 9 2023
FILED
Clerk of Court

(Full name of plaintiff(s))

Felix Bruette, Jr.

v.

(Full name of defendant(s))

Deb Haaland (Secretary of The Interior)

Case Number: 23-C-1297
(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of Wisconsin and resides at
   (State)
   306 E McArthur St. Appleton WI 54911
   (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant Deb Haaland
   (Name)

Complaint – 1

is (if a person or private corporation) a citizen of __United States__
(State, if known)

and (if a person) resides at __1849 A. st. N.W. Washington D.C.__
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.   Who violated your rights;
2.   What each defendant did;
3.   When they did it;
4.   Where it happened; and
5.   Why they did it, if you know.

The Dept. Interior negotiates with A Indian Community, Organized under the I.R.A. (1934) Part 81. organized without record to past Tribal Affiliations. to Convey real Property of A historical Tribe. (December 4, 2004) Plaintiff(s) request injunctive relief, untill Court determines legal standing of A Indians Community under Part 81. To Convey Historical Tribe's Property. The Actual members of The Muhheconnuck (Stockbridge,) Tribe, becomes

Citizens of The U.S. by An Act of Congress Sus march 3, 1843. 1. Does the 5th Admendment Apply to All property "Private" of U.S. Citizens? 2. Does Congress have Authority to Limit Rights of U.S. Citizens, Or Deny due process of their property. 3. Does the 14th Admendment Apply to All Citizens prior to date of enactment? Those Actions by The Dept of Interior, Violates The Corpus Trust, Established by Treaty, of those Actual members & Their direct descendants on the official Roll of the Muhheconnuck (Stockbridge) Tribe. The State of New York Seeks to make A settlement for those property was not acquired by Puchase, from Our Historical Tribe. We Request Indemnity from the State of New York.

Complaint – 3

C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

To determine Legal Standing of a Indian Community under Part 81. Ind. Reorganizations Act (June 18, 1934) To Convey real property of a historical Tribe.

To determine if Actions of Dept of Interior violates 5th And 14th Admendment of U.S. Constitution.

Request Indemnity for Occupations of property in State of New York.

Complaint – 4

E.  JURY DEMAND

I want a jury to hear my case.

☐ – YES          ■ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __29__ day of ~~October~~ Sept 20__23__.

Respectfully Submitted,

*H. Paulette Jr.*
Signature of Plaintiff

__920 460 6587__
Plaintiff's Telephone Number

_____
Plaintiff's Email Address

__306 ½ McArthur St. Appleton WI__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

■ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5