# United States District Court
EASTERN DISTRICT OF WISCONSIN

FELIX J. BRUETTE, JR.,

        Plaintiff,

   v.

DEB HAALAND,
U.S. Secretary of the Interior,

        Defendant.

**JUDGMENT IN A CIVIL CASE**
Case No. 23-C-1297

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒   **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that this action is DISMISSED for lack of subject matter jurisdiction.

Approved: s/ William C. Griesbach
WILLIAM C. GRIESBACH
United States District Judge

Dated: October 2, 2023

GINA M. COLLETTI
Clerk of Court

s/ Joleen M. Krings
(By) Deputy Clerk